UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIEN JAFARI,<br><br>                   Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                 Respondents. | Case No.:  3:26-cv-3222-CAB-MSB<br><br>**ORDER PARTIALLY GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Adrien Jafari's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that he has been in immigration detention since May 12, 2025 without a bond hearing in violation of the Fifth Amendment.  [*Id.* at 6–8.]  Respondents acknowledge that courts in this District have ordered bond hearings in similar cases and thus "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  [Doc. No. 4 at 1–2.]

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge by **June 26, 2026**, unless Petitioner requests a continuance.  To justify Petitioner's continued detention, the government must prove by clear and convincing evidence that Petitioner is a danger to the

community or a risk of flight.  *See Martinez v. Clark*, 124 F.4th 775, 785–86 (9th Cir. 2024).  If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 15, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3222-CAB-MSB